UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN KEITH HEBERT, ET AL. | CIVIL ACTION NO. 6:21-cv-00545 |
| VERSUS | JUDGE SUMMERHAYS |
| UNITED STATES OF AMERICA, ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's amended complaint is dismissed without prejudice for failure to state a claim on which relief can be granted, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 24th day of June, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE